# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

| | |
|---|---|
| IN RE:<br><br>Bruce C Dorph<br>Patsy J Dorph<br><br><br>**Debtors** | Case No:    6:12-bk-09837-ABB<br>Chapter 13 |

## ORDER GRANTING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

**THIS CAUSE** came before the Court without a hearing upon the Debtors' Motion to Modify Confirmed Plan, docket number 46. The Court having noted that all issues are resolved by this Order and/or were resolved at the hearing, it is hereby:

**ORDERED AND ADJUDGED:**

1. That the Debtors' Motion is granted, and the Order Confirming Chapter 13 Plan is modified, pursuant to the payments and disbursements set forth on Exhibit "A" attached hereto.

2. All other provisions of the Order Confirming Chapter 13 Plan entered by this Court on July 17, 2013 shall remain the same and in full force and effect.

**Done and Ordered on**    October 01, 2014

Arthur B. Briskman
United States Bankruptcy Judge

Copies furnished to: All Creditors and Interested Parties.

Trustee Laurie K Weatherford is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

**Exhibit "A"**

| Claim Nbr. | Claim Type | Claim Amount | Claim Allowed | Notes | Monthly Payments | |
|---|---|---|---|---|---|---|
| AT | Sandra E Evans | Attorney Fee | $2,600.00 | $2,600.00 | | | |
| | | | | | 01-03/ | $0.00 |
| | | | | | 04-04/ | $64.87 |
| | | | | | 05-05/ | $271.13 |
| | | | | | 06-15/ | $206.60 |
| | | | | | 16-16/ | $98.00 |
| | | | | | 17-18/ | $50.00 |
| 001 | First National Bank Of Omaha | General Unsecured | $5,135.04 | $5,135.04 | | 1-60/ | Pro Rata |
| 002 | Wells Fargo Card Services | General Unsecured | $6,924.74 | $6,924.74 | | 1-60/ | Pro Rata |
| 003 | Fidelity Bank | Secured By Vehicle | $3,647.06 | $0.00 | ( 1) | | |
| 004 | Bank Of The West | Secured By Vehicle | $7,534.14 | $8,334.05 | ( 2) | | |
| | | | | | 01-45/ | $182.00 |
| | | | | | 46-46/ | $144.05 |
| 005 | Pra Receivables Management, Llc | General Unsecured | $15,029.41 | $15,029.41 | ( 3) | 1-60/ | Pro Rata |
| 006 | Citizens Bank | Secured By Vehicle | $16,942.27 | $18,038.13 | ( 4) | | |
| | | | | | 01-25/ | $645.00 |
| | | | | | 26-26/ | $126.00 |
| | | | | | 27-28/ | $607.00 |
| | | | | | 29-29/ | $573.13 |
| 007 | Ally Financial | Secured By Vehicle | $8,808.43 | $9,826.15 | ( 5) | | |
| | | | | | 01-49/ | $200.00 |
| | | | | | 50-50/ | $26.15 |
| 008 | Portfolio Recovery Associates, Llc | General Unsecured | $1,577.18 | $1,577.18 | ( 6) | 1-60/ | Pro Rata |
| 009 | Citimortgage, Inc. | Ongoing Mortgage | $105,484.50 | $0.00 | ( 7) | | |
| | | | | | 01-05/ | $962.57 |
| | | | | | 06-18/ | $1,027.10 |
| | | | | | 19-25/ | $1,021.58 |
| | | | | | 26-26/ | $0.00 |
| | | | | | 27-37/ | $1,106.71 |
| | | | | | 38-38/ | $1,106.73 |
| | | | | | 39-60/ | $1,021.58 |
| 010 | Citimortgage, Inc. | Secured | $0.00 | $0.00 | ( 8) | | |
| 011 | Portfolio Recovery Associates, Llc | General Unsecured | $4,273.98 | $4,273.98 | | 1-60/ | Pro Rata |
| 012 | Regions Bank | General Unsecured | $8,168.30 | $8,168.30 | | 1-60/ | Pro Rata |
| 013 | Regions Bank | General Unsecured | $80,496.21 | $80,496.21 | ( 9) | 1-60/ | Pro Rata |
| 014 | Jefferson Capital Systems, Llc | General Unsecured | $6,335.56 | $6,335.56 | | 1-60/ | Pro Rata |
| 015 | Capital One, N.A. | General Unsecured | $1,479.52 | $1,479.52 | | 1-60/ | Pro Rata |
| 016 | Portfolio Recovery Associates, Llc | General Unsecured | $844.54 | $844.54 | | 1-60/ | Pro Rata |
| 017 | Ecast Settlement Corporation | Secured | $809.43 | $809.43 | ( 10) | | |
| | | | | | 01-01/ | $144.91 |
| | | | | | 02-02/ | $187.13 |
| | | | | | 03-03/ | $271.13 |
| | | | | | 04-04/ | $206.26 |
| 109 | Citimortgage, Inc. | Mortgage Arrears | $336.22 | $336.22 | ( 11) | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | 01-01/ | $126.22 |
| | | | | | | 02-02/ | $84.00 |
| | | | | | | 03-59/ | $0.00 |
| | | | | | | 60-60/ | $126.00 |
| 350 | Sandra E Evans | Monitoring Fees | $2,100.00 | $2,100.00 | | | |
| | | | | | | 01-18/ | $0.00 |
| | | | | | | 19-60/ | $50.00 |
| 517 | Ecast Settlement Corporation | General Unsecured | $1,936.18 | $1,936.18 | ( 12) | 1-60/ | Pro Rata |

Note ( 1)    THIS CLAIM IS BEING PAID OUTSIDE PLAN BY SON.

Note ( 2)    PURSUANT TO ORDER ENTERED ON 1/16/2013, THIS CLAIM IS BEING PAID WITH 5.25% INTEREST.

Note ( 3)    CLAIM TRANSFERRED TO PRA RECEIVABLES MANAGEMENT, LLC.

Note ( 4)    PURSUANT TO ORDER ENTERED ON 1/16/2013, THIS CLAIM IS BEING PAID WITH 5.25% INTEREST.

Note ( 5)    PURSUANT TO ORDER ENTERED ON 1/16/2013, THIS CLAIM IS BEING PAID WITH 5.25% INTEREST.

Note ( 6)    CLAIM TRANSFERRED TO PORTFOLIO RECOVERY ASSOCIATES, LLC.

Note ( 7)    PRINCIPAL DUE AMOUNT PURSUANT TO FILING OF PROOF OF CLAIM IS $105,484.50.

Note ( 8)    THIS CLAIM WAS ENTERED IN ERROR.

Note ( 9)    CLAIM FILED AS A SECURED CLAIM IN THE AMOUNT OF $80,496.21. PURSUANT TO ORDER GRANTING MOTION TO STRIP LIEN FILED ON 10/3/2012, CLAIM ALLOWED AS A GENERAL UNSECURED CLAIM IN THE AMOUNT OF $80,496.21. LIEN SHALL BE AVOIDED UPON COMPLETION OF PLAN.

Note ( 10)   CLAIM TRANSFERRED TO ECAST SETTLEMENT CORPORATION - 4/21/14.

Note ( 11)   THIS CLAIM REPRESENTS MORTGAGE ARREARS AND ATTORNEY FEES.

Note ( 12)   CLAIM TRANSFERRED TO ECAST SETTLEMENT CORPORATION - 4/21/14.

**Debtor Payments to the Trustee**

| Months | Amount |
|---|---|
| 1-18 | $2,405.00 |
| 19-25 | $2,233.00 |
| 26-26 | $594.00 |
| 27-60 | $2,283.00 |

ONLY TIMELY FILED CREDITORS SHALL BE PAID PRO RATA FROM FUNDS AVAILABLE AFTER PAYMENT OF PRIORITY AND SECURED CLAIMS.
Variations in distributions between the debtor's plan and this Order shall be resolved in favor of this Order.

NOTICE TO ALL CREDITORS LISTED ABOVE:  In an effort to disburse all funds held by the Trustee on a monthly basis, it is possible that you may on occasion receive partial payment. However, the Claim Allowed by this Court will be paid in full by the end of the Debtor's plan. All undesignated funds will be distributed to unsecured creditors.

ALL TAX RETURNS must be provided to the Trustee annually by April 30. All future refunds from the Internal Revenue Service shall be turned over to the Chapter 13 Standing Trustee for distribution to unsecured creditors.

ACCORDING TO THE CONFIRMED CHAPTER 13 PLAN, or any modified plan thereafter, the last regular monthly mortgage payment to be paid through the Chapter 13 Trustee's office is July 28, 2017. Therefore, it is important that the Debtors resume their regular monthly mortgage payments directly to the mortgage creditor thereafter.